IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00568-WDM-MEH

STEVEN R. RADER,
VIVIAN L. RADER,

     Petitioners,

v.

UNITED STATES OF AMERICA,

     Respondent.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 17, 2008**.

     Petitioners' Notice under Rule 201(d) of Clerical Error and Demand (Motion) for Prompt Correction [filed April 16, 2008; docket #3] is **denied**. Contrary to Petitioners' assertion, no clerical error exists as this action has been properly designated as a "Petition to Quash IRS Summons."

     Petitioners' Motion for Default Judgment, construed properly as a Motion for Entry of Default pursuant to Fed. R. Civ. P. 55(a), [filed April 16, 2008; docket #3] is **denied**. Petitioners argue that Respondent has not responded timely to their petition. However, Petitioners have certified that they properly served Respondent pursuant to Fed. R. Civ. P. 4(i) on March 19, 2008 (*see* Petition at 9 & 98); therefore, under Fed. R. Civ. P. 12(a)(2), Respondent has sixty days within which to file a responsive pleading.